UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:01-00170 |
| | ) | JUDGE CAMPBELL |
| ANDRE THOMAS SAWYERS | ) | |

## ORDER

Pending before the Court is the Defendant's Motion For Reduction Of Sentence Based On Guideline Amendment Effective November 1, 2011 Concerning Weight Equivalency Of Crack Cocaine (Docket No. 111). The Government shall file a response to the Motion on or before July 1, 2013.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE